# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:24-CR-060 |
| Plaintiff, | : | |
| | : | JUDGE CHRISTOPHER A. BOYKO |
| vs. | : | |
| | : | |
| TSZ CHUN XIE, | : | **UNOPPOSED MOTION TO** |
| | : | **CONTINUE SENTENCING HEARING** |
| Defendant. | : | |

Defendant, through counsel, respectfully moves this Honorable Court for a continuance of the sentencing date set for April 30, 2024. The parties need additional time to address the sentencing issues before the Court. Defense counsel has discussed this matter with Assistant U.S. Attorney Brian McDonough who has no objection to this request. The parties have conferred and are available on May 8, 2024, at 10:00 a.m.

For these reasons, Mr. Xie respectfully requests that the Court grant this motion.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/ Jeffrey B. Lazarus*
JEFFREY B. LAZARUS
Assistant Federal Public Defender
Ohio Bar: 0079525
1660 West Second Street, Suite #750
Cleveland, OH 44113
(216)522-4856   Fax:(216)522-4321
E-mail: jeffrey_lazarus@fd.org