Granted.

*s/ Christopher A. Boyko*
**CHRISTOPHER A. BOYKO
SENIOR UNITED STATES DISTRICT JUDGE**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:24CR060 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE CHRISTOPHER A. BOYKO |
| vs. | : | |
| | : | |
| TSZ CHUN XIE, | : | **DEFENDANT'S MOTION FOR** |
| | : | **LEAVE TO FILE SENTENCING** |
| Defendant. | : | **MEMORANDUM UNDER SEAL** |

Defendant, through counsel, respectfully moves this Honorable Court to grant leave to file Defendant's Sentencing Memorandum under seal, pursuant to Local Criminal Rule 49.4. Mr. Xie is requesting permission to file the memorandum under seal due to the sensitive nature of the offense, as detailed in the Court's Protective Order. Undersigned counsel states that such confidential information should not be available for public viewing.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/ Jeffrey B. Lazarus*
JEFFREY B. LAZARUS
Assistant Federal Public Defender
Ohio Bar: 0079525
Office of the Federal Public Defender
1660 West Second Street, Suite 750
Cleveland, OH 44113
(216)522-4856   Fax:(216)522-4321
E-mail: jeffrey_lazarus@fd.org